| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| | **Order Filed on August 3, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>William P Baran, Jr | Case No.: 14-15530<br>Hearing Date: 8/3/2021<br>Judge: Ferguson<br>Chapter: 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: August 3, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____William P Baran, Jr, Debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☒ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __60__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 14-15530-KCF |
| William P Baran, Jr | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

**Recip ID        Recipient Name and Address**
db        + William P Baran, Jr, 234 S.Main Street, Lambertville, NJ 08530-1809

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

**Name        Email Address**

Allen I Gorski
    on behalf of Creditor Teich Groh agorski@gorskiknowlton.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor William P Baran  Jr mail@njpalaw.com, r56958@notify.bestcase.com

Catherine E. Youngman
    cyoungman@foxrothschild.com NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com

Catherine E. Youngman
    on behalf of Trustee Catherine E. Youngman cyoungman@formanlaw.com NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com

Jeanette F. Frankenberg
    on behalf of Creditor Selene Finance LP cmecf@sternlav.com

Joshua I. Goldman

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 03, 2021 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor Capital One N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Rhondi L. Schwartz
on behalf of Creditor Nationstar Mortgage LLC mail@jenkinsclayman.com

Salvatore Carollo
on behalf of Creditor Nationstar Mortgage LLC scarollo@logs.com, njbankruptcynotifications@logs.com

Sean M. O'Brien
on behalf of Creditor HSBC Bank USA National Association, as trustee, for the J.P. Morgan Mortgage Trust 2007-A1, Mortgage Pass-Through Certificates sobrien@flwlaw.com

TOTAL: 9